UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 19-CR-1479-AJB |
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF |
| v. | ) | DISMISSAL OF INFORMATION, |
| | ) | EXONERATE BOND AND |
| ADRIAN ANTHONY NISSEN, | ) | RELEASE OF PASSPORT |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.

DATED: ___6/10/2020___.


_____
HON.  BARBARA LYNN MAJOR
United States Magistrate Judge